# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JEFFREY WALKER, LISA WALKER, H.W., JEFFREY WHITE, CHRISTA WHITE, and C.W., <br><br> *Plaintiffs*, <br><br> v. <br><br> STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, BRIAN C.T. JONES, in his official capacity as District Attorney for Limestone County, and JESSICA VENTIERE, in her official capacity as District Attorney for Lee County, <br><br> *Defendants*. | Civil Action No. 2:22-cv-00167-ECM-SMD <br><br> Hon. Emily C. Marks |

## PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE

## INTRODUCTION

On Monday, April 11, 2022, Plaintiffs—two young people who are transgender and their parents—filed a Complaint in this District challenging S.B. 184, which singles out medical care provided to transgender minors for unique prohibitions and criminal sanctions. (ECF No. 1.) Plaintiffs filed suit one business day after S.B. 184 was signed into law on April 8, 2022. (*Id.*) Plaintiffs seek emergency and permanent injunctive relief, declaratory relief, and nominal damages against the Alabama Attorney General and the district attorneys of Limestone and Lee Counties (*i.e.*, the counties in which Plaintiffs reside). (*Id*.) Three of the Plaintiffs reside in this District, as do two Defendants—including the Defendant with statewide authority to enforce S.B. 184's criminal sanctions. (*Id.*)

The day after filing the Complaint, in light of S.B. 184's 30-day effective date, Plaintiffs filed a motion for a temporary restraining order and/or a preliminary injunction. (ECF Nos. 9–10.) Additionally, upon guidance from the Clerk's Office, in light of Plaintiffs' related-case designation on the civil cover sheet to *Darcy Corbitt, et al. v. Hal Taylor, et al.*, No. 2:18-cv-91-MHT (WO), Plaintiffs also moved to reassign this case to Judge Thompson. (ECF No. 8.)

On April 13, 2022, this Court issued an order for the parties to show cause ("OSC") why this case should not be transferred to the Northern District of Alabama. (ECF No. 3.) The OSC noted that the electronic filing system for the Northern

District showed that on Friday, April 8—one business day prior to the filing of this case—a different set of plaintiffs filed a separate lawsuit challenging S.B. 184 in the Northern District. *See Ladinsky v. Ivey*, No. 22-cv-447 (N.D. Ala.) ("*Ladinsky*").

Although this case was properly filed in the Middle District, Plaintiffs do not oppose transfer to the Northern District so that this matter can be adjudicated alongside *Ladinsky*. Plaintiffs' interest is in the expeditious injunction of the unconstitutional law they challenge, and Plaintiffs will seek to pursue their motion for this preliminary relief expeditiously in the Northern District, assuming transfer. In light of Plaintiffs' consent to transfer, Plaintiffs withdraw their pending Motion to Reassign.

## **CONCLUSION**

For the foregoing reasons, Plaintiffs respectfully do not oppose transfer of this case to the Northern District of Alabama.

Dated: April 14, 2022

Respectfully submitted,

/s/ LaTisha Gotell Faulks

L. Nowlin-Sohl* (WA Bar No. 51512)
Malita Picasso* (NY Bar No. 5750013)
Chase Strangio* (NY Bar No. 4879466)
James D. Esseks* (NY Bar No. 2643807)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 549-2500
lnowlin-sohl@aclu.org

Carl Charles* (NY Bar No. 5427026)
Tara Borelli* (GA Bar No. 265084)
LAMBDA LEGAL
158 West Ponce De Leon Ave., Suite 105
Decatur, GA 30030
Phone: (404) 897-1880
ccharles@lambdalegal.org

Sruti J. Swaminathan* (NY Bar No. 5598792)
LAMBDA LEGAL
120 Wall Street, 19th Floor
New York, NY 10005
Phone: (212) 809-8585
sswaminathan@lambdalegal.org

Lynly S. Egyes* (NY Bar No. 4838025)
Milo Inglehart* (NY Bar No.

LaTisha Gotell Faulks (ASB-1279-I63J)
Kaitlin Welborn* (DC Bar No. 88187724)
AMERICAN CIVIL LIBERTIES UNION OF ALABAMA FOUNDATION
P.O. Box 6179
Montgomery, AL 36106
Phone: (334) 265-2754
tgfaulks@aclualabama.org

Kathleen R. Hartnett* (CA Bar No. 314267)
Julie Veroff* (CA Bar No. 310161)
Zoë W. Helstrom* (CA Bar No. 339093)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Phone: (415) 693-2000
khartnett@cooley.com

Andrew Barr* (CO Bar No. 49644)
COOLEY LLP
1144 15th Street, Suite 2300
Denver, CO 80202
Phone: (720) 566-4121
abarr@cooley.com

Adam Katz* (MA Bar No. 706834)
Elizabeth Reinhardt* (MA Bar No. 707645)
COOLEY LLP
500 Boylston Street, 14th Floor
Boston, MA 02116

5817937)
TRANSGENDER LAW CENTER
594 Dean Street, Suite 11
Brooklyn, NY 11238
Phone: (510) 587-9696
lynly@transgenderlawcenter.org

Dale Melchert* (NY Bar No. 5366554)
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
Phone: (510) 587-9696, ext. 354
dale@transgenderlawcenter.org

Phone: (617) 937-2305
akatz@cooley.com

Katelyn Kang* (NY Bar No. 5745799)
Valeria M. Pelet del Toro* (NY Bar No. 5764667)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Phone: (212) 479-6849
kkang@cooley.com

Robby L.R. Saldaña* (DC Bar No. 1034981)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Phone: (202) 842-7800
rsaldana@cooley.com

*Pro Hac Vice Applications Forthcoming*

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JEFFREY WALKER, LISA WALKER, H.W., JEFFREY WHITE, CHRISTA WHITE, and C.W.,<br><br>*Plaintiffs*,<br><br>v.<br><br>STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, BRIAN C.T. JONES, in his official capacity as District Attorney for Limestone County, and JESSICA VENTIERE, in her official capacity as District Attorney for Lee County,<br><br>*Defendants*. | Civil Action No. 2:22-cv-00167-ECM-SMD<br><br>Hon. Emily C. Marks |

## CERTIFICATE OF SERVICE

I, LaTisha Gotell Faulks, hereby certify that on this 14th day of April 2022, I served the foregoing document via ECF on counsel for the Defendants.

                                                        /s/ LaTisha Gotell Faulks
                                                        *Attorney for Plaintiffs*