# U.S. District Court
## Alabama Middle District (Montgomery)
### CIVIL DOCKET FOR CASE #: 2:22–cv–00167–ECM–SMD

| | |
|---|---|
| Walker et al v. Marshall et al | Date Filed: 04/11/2022 |
| Assigned to: Chief Judge Emily C. Marks | Date Terminated: 04/15/2022 |
| Referred to: Honorable Judge Stephen Michael Doyle | Jury Demand: None |
| Cause: 42:1983 Civil Rights Act | Nature of Suit: 950 Constitutional – State Statute |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Jeffrey Walker**      represented by      **Adam Menke Katz**
Cooley LLP
500 Boylston Street
14th Floor
Boston, MA 02116
617–937–2305
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Andrew Daniel Barr**
Cooley LLP
1144 15th Street
Suite 2300
Denver, CO 80202
720–566–4121
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Carl Solomon Charles**
Lambda Legal
120 Wall Street
19th Floor
New York, NY 10005
212–809–8585
Email: carl.solomon.charles@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Chase Bachrach Strangio**
American Civil Liberties Union
125 Broad Street
Floor 18
New York, NY 10004–2454
212–549–2500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Dale Melchert**
Transgender Law Center
PO Box 70976
Oakland, CA 94612
510−587−9696
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Elizabeth Fri Reinhardt**
Cooley LLP
500 Boylston Street
14th Floor
Boston
617−937−2305
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**James Dixon Esseks**
America Civil Liberties Union Foundation
125 Broad Street; 18th Floor
New York, NY 10004
917−495−5745
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Julie Michelle Veroff**
Cooley LLP
3 Embarcadero Center
20th Floor
San Francisco, CA 94111
415−693−2000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Kaitlin Elizabeth Welborn**
ACLU of Alabama
PO Box 6179
Montgomery, AL 36106
334−265−2754
Email: kwelborn@aclualabama.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Katelyn Kang**
Cooley LLP
55 Hudson Yards
New York, NY 10001
212−479−6849
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Bar Status: Pro Hac Vice

**Kathleen Roberta Hartnett**
Cooley LLP
3 Embarcadero Center
20th Floor
San Francisco, CA 94111
415−693−2000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Bar Status: Pro Hac Vice

**Latisha Gotell Faulks**
ACLU of Alabama
P O Box 6179
Montgomery, AL 36106
571−278−5672
Email: tgfaulks@aclualabama.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Bar Status: Active

**Lisa Nowlin−Sohl**
American Civil Liberties Union
125 Broad Street
Floor 18
New York, NY 10004−2454
212−549−2500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Bar Status: Pro Hac Vice

**Lynly Serena Egyes**
Transgender Law Center
594 Dean Street
Suite 11
Brooklyn, NY 11238
510−587−9696
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Bar Status: Pro Hac Vice

**Malita Vencienzo Picasso**
American Civil Liberties Union
125 Broad Street
Floor 18
New York, NY 10004−2454
212−549−2500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Bar Status: Pro Hac Vice

**Milo Rohr Inglehart**
Transgender Law Center
594 Dean Street

Suite 11
Brooklyn, NY 11238
510−587−9696
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Robby L. R. Saldana**
Cooley LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004−2400
202−842−7800
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Sruti J. Swaminathan**
Lambda Legal
120 Wall Street
19th Floor
New York, NY 1005
848−459−1602
Email: sswaminathan@lambdalegal.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Tara Lynn Borelli**
Lambda Legal
1 West Court Square
Ste. 105
Decatur, GA 30030
470−225−5341
Fax: 404−506−9320
Email: tborelli@lambdalegal.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Valeria Marie Pelet Del Toro**
Cooley LLP
55 Hudson Yards
New York, NY 10001
212−479−6849
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Zoe Wynne Helstrom**
Cooley LLP
3 Embarcadero Center
20th Floor
San Francisco, CA 94111
415−693−2000
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Plaintiff**

**Lisa Walker**  represented by  **Adam Menke Katz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Andrew Daniel Barr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Carl Solomon Charles**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Chase Bachrach Strangio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Dale Melchert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Elizabeth Fri Reinhardt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**James Dixon Esseks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Julie Michelle Veroff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Kaitlin Elizabeth Welborn**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Katelyn Kang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Kathleen Roberta Hartnett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Latisha Gotell Faulks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Active**

**Lisa Nowlin−Sohl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Lynly Serena Egyes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Malita Vencienzo Picasso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Milo Rohr Inglehart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Robby L. R. Saldana**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Sruti J. Swaminathan**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Tara Lynn Borelli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Valeria Marie Pelet Del Toro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Zoe Wynne Helstrom**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Plaintiff**

**H. W.** represented by **Adam Menke Katz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Andrew Daniel Barr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Carl Solomon Charles**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Chase Bachrach Strangio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Dale Melchert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Elizabeth Fri Reinhardt**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**James Dixon Esseks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Julie Michelle Veroff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Kaitlin Elizabeth Welborn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Katelyn Kang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Kathleen Roberta Hartnett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Latisha Gotell Faulks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Active**

**Lisa Nowlin–Sohl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Lynly Serena Egyes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Malita Vencienzo Picasso**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Milo Rohr Inglehart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Robby L. R. Saldana**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Sruti J. Swaminathan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Tara Lynn Borelli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Valeria Marie Pelet Del Toro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Zoe Wynne Helstrom**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Plaintiff**

**Jeffrey White**　　　represented by　**Adam Menke Katz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Andrew Daniel Barr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Carl Solomon Charles**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Chase Bachrach Strangio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Dale Melchert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Elizabeth Fri Reinhardt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**James Dixon Esseks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Julie Michelle Veroff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Kaitlin Elizabeth Welborn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Katelyn Kang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Kathleen Roberta Hartnett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Latisha Gotell Faulks**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
**Bar Status: Active**

**Lisa Nowlin–Sohl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Lynly Serena Egyes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Malita Vencienzo Picasso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Milo Rohr Inglehart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Robby L. R. Saldana**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Sruti J. Swaminathan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Tara Lynn Borelli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Valeria Marie Pelet Del Toro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Zoe Wynne Helstrom**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bar Status: Pro Hac Vice**

**Plaintiff**

**Christa White**          represented by    **Adam Menke Katz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Andrew Daniel Barr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Carl Solomon Charles**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Chase Bachrach Strangio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Dale Melchert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Elizabeth Fri Reinhardt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**James Dixon Esseks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Julie Michelle Veroff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Kaitlin Elizabeth Welborn**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Katelyn Kang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Kathleen Roberta Hartnett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Latisha Gotell Faulks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Active**

**Lisa Nowlin–Sohl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Lynly Serena Egyes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Malita Vencienzo Picasso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Milo Rohr Inglehart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Robby L. R. Saldana**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Sruti J. Swaminathan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bar Status: Pro Hac Vice**

**Tara Lynn Borelli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Valeria Marie Pelet Del Toro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Zoe Wynne Helstrom**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Plaintiff**

**C. W.** represented by **Adam Menke Katz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Andrew Daniel Barr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Carl Solomon Charles**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Chase Bachrach Strangio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Dale Melchert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Elizabeth Fri Reinhardt**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**James Dixon Esseks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Julie Michelle Veroff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Kaitlin Elizabeth Welborn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Katelyn Kang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Kathleen Roberta Hartnett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Latisha Gotell Faulks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Active**

**Lisa Nowlin–Sohl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Lynly Serena Egyes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Malita Vencienzo Picasso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|  |  |
|---|---|
|  | **Bar Status:** Pro Hac Vice |
|  | **Milo Rohr Inglehart**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>**Bar Status:** Pro Hac Vice |
|  | **Robby L. R. Saldana**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>**Bar Status:** Pro Hac Vice |
|  | **Sruti J. Swaminathan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>**Bar Status:** Pro Hac Vice |
|  | **Tara Lynn Borelli**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>**Bar Status:** Pro Hac Vice |
|  | **Valeria Marie Pelet Del Toro**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>**Bar Status:** Pro Hac Vice |
|  | **Zoe Wynne Helstrom**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>**Bar Status:** Pro Hac Vice |

V.

**Defendant**

| | | |
|---|---|---|
| **Steve Marshall**<br>*in his official capacity as Attorney General of the State of Alabama* | represented by | **Edmund Gerard LaCour , Jr.**<br>Office of the Attorney General<br>501 Washington Ave<br>Montgomery, AL 36130<br>334–353–2196<br>Fax: 334–242–4891<br>Email: edmund.lacour@alabamaag.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>**Bar Status:** Active<br><br>**James William Davis** |

          State of Alabama
Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130
334–242–7300
Fax: 334–353–8400
Email: Jim.Davis@AlabamaAG.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Active**

**Alexander Barrett Bowdre**
Office of the Alabama Attorney General
501 Washington Ave.
P.O. Box 300152
Montgomery, AL 36130
334–353–8892
Fax: 334–353–8400
Email: barrett.bowdre@alabamaag.gov
*ATTORNEY TO BE NOTICED*
**Bar Status: Active**

**Thomas Alexander Wilson**
Office of The Attorney General – Alabama
501 Washington Ave
Montgomery, AL 36104
334–353–8931
Email: thomas.wilson@alabamaag.gov
*ATTORNEY TO BE NOTICED*
**Bar Status: Active**

**Defendant**

**Brian C.T. Jones**
*in his official capacity as District Attorney for Limestone County*

represented by **Edmund Gerard LaCour , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Active**

**James William Davis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Active**

**Alexander Barrett Bowdre**
(See above for address)
*ATTORNEY TO BE NOTICED*
**Bar Status: Active**

**Thomas Alexander Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*
**Bar Status: Active**

**Defendant**

| | |
|---|---|
| **Jessica Ventiere**<br>*in her official capacity as District Attorney for Lee County* | represented by **Edmund Gerard LaCour , Jr.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Bar Status: Active<br><br>**James William Davis**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Bar Status: Active<br><br>**Alexander Barrett Bowdre**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>Bar Status: Active<br><br>**Thomas Alexander Wilson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>Bar Status: Active |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/11/2022 | Ï 1 | COMPLAINT for Declaratory and Injunctive Relief against Brian C.T. Jones, Steve Marshall, Jessica Ventiere (Filing fee $402.00 receipt number 4602066511.), filed by Jeffrey White, Jeffrey Walker, Christa White, H. W., Lisa Walker, C. W.. (Attachments: # 1 Civil Cover Sheet, # 2 Receipt)(am, ) (Entered: 04/12/2022) |
| 04/11/2022 | Ï 2 | Conflict Disclosure Statement by C. W., H. W., Jeffrey Walker, Lisa Walker, Christa White, Jeffrey White. (am, ) (Entered: 04/12/2022) |
| 04/11/2022 | Ï 5 | SEALED DOCUMENT – Filed Under Seal Pursuant to Local Rule 5.2. (wcl, ) (Entered: 04/13/2022) |
| 04/12/2022 | Ï 6 | MOTION for Leave to Proceed Using Initials and MOTION to File a Reference List Under Seal Pursuant to Local Rule 5.2(B)(1) by C. W., H. W., Jeffrey Walker, Lisa Walker, Christa White, Jeffrey White. (Attachments: # 1 SEALED ATTACHMENT, # 2 Text of Proposed Order)(wcl, ) (Entered: 04/13/2022) |
| 04/12/2022 | Ï 7 | BRIEF/MEMORANDUM in Support re 6 MOTION for Leave to Proceed Using Initials and MOTION to File a Reference List Under Seal Pursuant to Local Rule 5.2(B)(1) filed by C. W., H. W., Jeffrey Walker, Lisa Walker, Christa White, Jeffrey White. (wcl, ) (Entered: 04/13/2022) |
| 04/12/2022 | Ï 8 | MOTION to Reassign to Judge Myron H. Thompson as a Related Case by C. W., H. W., Jeffrey Walker, Lisa Walker, Christa White, Jeffrey White. (Attachments: # 1 Text of Proposed Order)(wcl, ) (Entered: 04/13/2022) |
| 04/12/2022 | Ï 9 | MOTION for a Temporary Restraining Order and/or MOTION for Preliminary Injunction by C. W., H. W., Jeffrey Walker, Lisa Walker, Christa White, Jeffrey White. (Attachments: # 1 Text of Proposed Order for Temporary Restraining Order, # 2 Text of Proposed Order for Preliminary Injunction)(wcl, ) (Entered: 04/13/2022) |

| | | |
|---|---|---|
| 04/12/2022 | Ï 10 | BRIEF/MEMORANDUM in Support re 9 MOTION for a Temporary Restraining Order and/or MOTION for Preliminary Injunction filed by C. W., H. W., Jeffrey Walker, Lisa Walker, Christa White, Jeffrey White. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(wcl, ) (Additional attachment(s) added on 4/14/2022 to redact personal information contained in original filing pursuant to the E−government rules: # 11 Exhibit 5 (Redacted)) (wcl, ). Modified on 4/14/2022 (wcl, ). (Entered: 04/13/2022) |
| 04/13/2022 | Ï 3 | **ORDER TO SHOW CAUSE: it is ORDERED that the parties shall show cause, if any there be, on or before 4/14/2022, why this action should not be transferred to the Northern District of Alabama, where the first−filed action is pending; The parties shall have until 4/15/2022 at noon, to file briefs in response; DIRECTING the Clerk to serve a copy of this Order on Dfts Steve Marshall, Brian C.T. Jones, and Jessica Ventiere at the mailing addresses on file with the Court; DIRECTING the Plfs to serve a copy of this Order along with their summons and complaint. Signed by Chief Judge Emily C. Marks on 4/13/2022. (copies mailed to dfts as directed) (wcl, )** (Entered: 04/13/2022) |
| 04/13/2022 | Ï 4 | Summons Issued as to Brian C.T. Jones, Steve Marshall, Jessica Ventiere and returned to counsel for personal service by process server. (wcl, ) (Entered: 04/13/2022) |
| 04/14/2022 | Ï 11 | NOTICE of Appearance by Latisha Gotell Faulks on behalf of All Plaintiffs (Faulks, Latisha) (Entered: 04/14/2022) |
| 04/14/2022 | Ï 12 | WAIVER OF SERVICE Returned Executed by Jeffrey White, Jeffrey Walker, Christa White, H. W., Lisa Walker, C. W.. Steve Marshall waiver sent on 4/13/2022, answer due 6/13/2022. (Faulks, Latisha) (Entered: 04/14/2022) |
| 04/14/2022 | Ï 13 | NOTICE of Appearance by James William Davis on behalf of All Defendants (Davis, James) (Entered: 04/14/2022) |
| 04/14/2022 | Ï 14 | NOTICE of Appearance by Alexander Barrett Bowdre on behalf of Brian C.T. Jones, Steve Marshall, Jessica Ventiere (Bowdre, Alexander) (Entered: 04/14/2022) |
| 04/14/2022 | Ï 15 | NOTICE of Appearance by Edmund Gerard LaCour, Jr on behalf of Brian C.T. Jones, Steve Marshall, Jessica Ventiere (LaCour, Edmund) (Entered: 04/14/2022) |
| 04/14/2022 | Ï 16 | Response to Order re 3 Order to Show Cause,, filed by Brian C.T. Jones, Steve Marshall, Jessica Ventiere. (Davis, James) (Entered: 04/14/2022) |
| 04/14/2022 | Ï 17 | RESPONSE to Motion re 8 MOTION to Reassign Case filed by Brian C.T. Jones, Steve Marshall, Jessica Ventiere. (Attachments: # 1 Exhibit Final Judgment in Corbitt v. Taylor)(LaCour, Edmund) (Entered: 04/14/2022) |
| 04/14/2022 | Ï 18 | RESPONSE TO ORDER TO SHOW CAUSE re 3 Order to Show Cause,, filed by C. W., H. W., Jeffrey Walker, Lisa Walker, Christa White, Jeffrey White. (Faulks, Latisha) (Entered: 04/14/2022) |
| 04/15/2022 | Ï 19 | NOTICE of Appearance by Thomas Alexander Wilson on behalf of Brian C.T. Jones, Steve Marshall, Jessica Ventiere (Wilson, Thomas) (Entered: 04/15/2022) |
| 04/15/2022 | Ï 20 | **ORDER: it is ORDERED as follows: 1. The 8 motion to reassign is DENIED as moot; 2. In light of the parties' responses, the parties are relieved of any additional briefing requirement in the Court's 3 Order; 3. This action, including all pending motions, shall be transferred immediately to the United States District Court for the Northern District of Alabama. Signed by Chief Judge Emily C. Marks on 4/15/2022. (am, )** (Entered: 04/15/2022) |
| 04/15/2022 | Ï | Case transferred to Northern District of Alabama; Electronically transferred via CM/ECF transfer to Clerk. (am, ) (Entered: 04/15/2022) |