FILED
2022 Apr-15  PM 06:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| JEFFREY WALKER, LISA WALKER, H.W., JEFFREY WHITE, CHRISTA WHITE, and C.W.,<br><br>   *Plaintiffs*,<br><br>v.<br><br>STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, BRIAN C.T. JONES, in his official capacity as District Attorney for Limestone County, and JESSICA VENTIERE, in her official capacity as District Attorney for Lee County,<br><br>   *Defendants*. | Civil Action No. 5:22-cv-00480-LCB<br><br><br>Hon. Liles C. Burke |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiffs hereby provide notice of their dismissal of all claims against Defendants in the above styled cause, without prejudice.

Dated: April 15, 2022

Respectfully submitted,

/s/ LaTisha Gotell Faulks

L. Nowlin-Sohl* (WA Bar No. 51512)
Malita Picasso* (NY Bar No. 5750013)
Chase Strangio* (NY Bar No. 4879466)
James D. Esseks* (NY Bar No. 2643807)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 549-2500
lnowlin-sohl@aclu.org

Carl Charles* (GA Bar No. 5427026)
Tara Borelli* (GA Bar No. 265084)
LAMBDA LEGAL
158 West Ponce De Leon Ave., Suite 105
Decatur, GA 30030
Phone: (404) 897-1880
ccharles@lambdalegal.org

Sruti J. Swaminathan* (NY Bar No. 5598792)
LAMBDA LEGAL
120 Wall Street, 19th Floor
New York, NY 10005
Phone: (212) 809-8585
sswaminathan@lambdalegal.org

Lynly S. Egyes* (NY Bar No. 4838025)
Milo Inglehart* (NY Bar No.

LaTisha Gotell Faulks (ASB-1279-I63J)
Kaitlin Welborn* (DC Bar No. 88187724)
AMERICAN CIVIL LIBERTIES UNION OF ALABAMA FOUNDATION
P.O. Box 6179
Montgomery, AL 36106
Phone: (334) 265-2754
tgfaulks@aclualabama.org

Kathleen R. Hartnett* (CA Bar No. 314267)
Julie Veroff* (CA Bar No. 310161)
Zoë W. Helstrom* (CA Bar No. 339093)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Phone: (415) 693-2000
khartnett@cooley.com

Andrew Barr* (CO Bar No. 49644)
COOLEY LLP
1144 15th Street, Suite 2300
Denver, CO 80202
Phone: (720) 566-4121
abarr@cooley.com

Adam Katz* (MA Bar No. 706834)
Elizabeth Reinhardt* (MA Bar No. 707645)
COOLEY LLP
500 Boylston Street, 14th Floor
Boston, MA 02116

5817937)
TRANSGENDER LAW CENTER
594 Dean Street, Suite 11
Brooklyn, NY 11238
Phone: (510) 587-9696
lynly@transgenderlawcenter.org

Dale Melchert* (NY Bar No. 5366554)
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
Phone: (510) 587-9696, ext. 354
dale@transgenderlawcenter.org

Phone: (617) 937-2305
akatz@cooley.com

Katelyn Kang* (NY Bar No. 5745799)
Valeria M. Pelet del Toro* (NY Bar
No. 5764667)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Phone: (212) 479-6849
kkang@cooley.com

Robby L.R. Saldaña* (DC Bar No.
1034981)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Phone: (202) 842-7800
rsaldana@cooley.com


*Pro Hac Vice Applications
Forthcoming

Attorneys for Plaintiffs

- 3 -

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JEFFREY WALKER, LISA WALKER, H.W., JEFFREY WHITE, CHRISTA WHITE, and C.W.,<br><br>   *Plaintiffs*,<br><br>v.<br><br>STEVE MARSHALL, in his official capacity as Attorney General of the State of Alabama, BRIAN C.T. JONES, in his official capacity as District Attorney for Limestone County, and JESSICA VENTIERE, in her official capacity as District Attorney for Lee County,<br><br>   *Defendants*. | Civil Action No. 5:22-cv-00480-LCB<br><br><br>Hon. Liles C. Burke |

## CERTIFICATE OF SERVICE

I, LaTisha Gotell Faulks, hereby certify that on this 15th day of April 2022, I

served the foregoing document via ECF on counsel for the Defendants.

/s/ LaTisha Gotell Faulks
*Attorney for Plaintiffs*